# OPINIONES PER CURIAM, ETC., DESDE JUNIO 12, 1907, Á DICIEMBRE 23, 1907.

---

No. 15. Ex Parte Boria.—Solicitud para que se expida mandamiento de *habeas corpus*. Resuelto en junio 17, 1907. Denegada la solicitud. Abogado del peticionario: *Sr. Ramírez de Arellano.*

---

No. 14. Figueroa *v.* El Registrador de la Propiedad de Caguas.—Recurso Gubernativo contra nota denegatoria de inscripción. Resuelto en junio 26, 1907. Desestimado el recurso por haberse interpuesto fuera del término que establece la sección 3ª. de la Ley de marzo 1, 1902, sobre recursos gubernativos. Abogado del recurrente: *Sr. Fulladosa.*

---

No. 15. Cabrales *v.* El Registrador de la Propiedad de Ponce.—Recurso Gubernativo contra nota denegatoria de inscripción. Resuelto en junio 26, 1907. Desestimado el recurso por haberse interpuesto fuera del término que establece la sección 3ª. de la Ley de marzo 1, 1902, sobre recursos gubernativos. Recurrente: *el recurrente per se.*

---

No. 4. El Pueblo *v.* Hernández.—Apelación procedente de la Corte de Distrito de San Juan. Moción del acusado para que se apruebe la exposición del caso. Resuelto en junio 29, 1907. Sin lugar la moción por los fundamentos de la opinión en el caso de *El Pueblo* v. *Fernández,* febrero 5, 1907. Abogado del promovente: *Sr. Guzmán Benítez, (José).* Abogado de la parte contraria: *Sr. Rossy, (Fiscal).*